IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSS CHRISTENSEN, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD CO., <br><br> Defendant. | 8:23CV268 <br><br> **ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 82) is granted and Lucas Kaster and Laura Baures are deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Lucas Kaster and Laura Barnes in this case.

Dated this 27th day of January, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge